UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


KRYSTINA EVONNE OLIVER, et al.
    Petitioners,


       v.                                        CA No. 25-cv-608-MRD-PAS


HYUNDAI CAPITAL AMERICA, et al.,
    Respondents.


## JUDGMENT

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:


Pursuant to the Text Order entered on March 23, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered dismissing Petition to Vacate Arbitration Award  (ECF No. 1).


It is so ordered.


March 23, 2026                            By the Court:

                                          /s/ Melissa R. DuBose

                                          U.S. District Judge